IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH - CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TRAVIS LEROY GLASKER,<br><br>    Defendant. | **ORDER**<br><br>Case No. 2:03-CR-00245<br><br>Judge Dee V. Benson |

      Before the Court is Travis Leroy Glasker's motion to correct judgment under Fed.R.Crim.P. 36.  Specifically, Mr. Glasker asks the Court to order that he be eligible for a one year sentence reduction upon his completion of a Residential Drug Abuse Program.  Once a term of imprisonment has been imposed by the Court, however, it may only be modified upon motion by the Director of the Bureau of Prisons.  18 U.S.C. § 3582(c).  Furthermore, the authority and discretion regarding whether a prisoner shall receive a reduced sentence upon completion of a Residential Drug Abuse Program resides with the Bureau of Prisons.  *See Lopez v. Davis*, 531 U.S. 230, 244 (2001) (holding that Bureau of Prisons has discretion and authority to deny early release to category of prisoners whose current offense was a felony involving carrying, possession, or use of a firearm).  Accordingly, the motion is dismissed for want of jurisdiction.

      DATED this 30th day of September, 2007.

                                            _____
                                            Dee Benson
                                            United States District Judge